UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANESSA JIMENEZ, individually, and on behalf of all others similarly situated,

                     Plaintiff,

-v-

ETTIKA, LLC,

                     Defendant.

CIVIL ACTION NO.: 22 Civ. 5381 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 30, 2023, the Court directed the parties to file their Report of Rule 26(f) Meeting and Proposed Case Management Plan (the "Report") by Wednesday, March 15, 2023. To date, the parties have not filed the Report. Accordingly, by **Friday, March 17, 2023**, the parties shall file the Report.

Dated:      New York, New York
              March 16, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**