UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANESSA JIMENEZ, individually, and on behalf of all others similarly situated,

                     Plaintiff,

-v-

ETTIKA, LLC,

                     Defendant.

CIVIL ACTION NO.: 22 Civ. 5381 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 30, 2023, the Court directed the parties to file their Report of Rule 26(f) Meeting and Proposed Case Management Plan (the "Report") by Wednesday, March 15, 2023. (ECF No. 21).  On Thursday, March 16, 2023, noting the parties' failure to file the Report, the Court sua sponte extended the parties' deadline to file the Report to Friday, March 17, 2023.  To date, the parties have not filed the Report.  Accordingly, the Court orders as follows:

1. The initial conference scheduled for Wednesday, March 22, 2023 at 11:00 a.m. is ADJOURNED sine die.

2. All fact discovery shall be completed by no later than **Friday, July 28, 2023**. By **Friday, August 4, 2023**, the parties shall file a joint letter certifying the completion of fact discovery.

3. By **Friday, April 21, 2023**, Plaintiff shall disclose the information required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.  Plaintiff shall produce by then an initial set of relevant documents identified in their Initial Disclosures and will continue to supplement their production.

4. By **Friday, April 28, 2023**, Defendant shall disclose the information required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.  It shall produce by then an initial set of relevant documents identified in its Initial Disclosures and will continue to supplement its production.

5. Depositions shall be completed by no later than **Friday, July 28, 2023**.

6. Initial sets of interrogatories shall be served on or before **Friday, May 12, 2023**.  All subsequent interrogatories must be served no later than 30 days before the fact discovery deadline.

7. Requests for Admission must be served on or before **Friday, May 12, 2023**, and in any event no later than 30 days before the fact discovery deadline.

8. Initial requests for production will be exchanged on **Friday, April 28, 2023**, and responses shall be due on **Friday, May 12, 2023**.

9. The last day to amend the pleading pursuant to Federal Rule of Civil Procedure Rule 15 is **Friday, June 2, 2023**.

10. To the extent the parties intend to engage in expert discovery, all discovery shall be completed by **Friday, September 15, 2023**.  By **Friday, September 22, 2023**, the parties shall file a joint letter certifying the completion of all discovery.

11. By **Monday, June 19, 2023**, the parties shall file a joint letter advising the Court whether they (i) intend to exchange expert discovery, and (ii) are interested in a settlement conference with the Court, or alternatively, a referral to the mediation program.

12. A telephonic status conference is scheduled for **Friday, July 21, 2023 at 11:00 a.m.** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

13. Absent extraordinary circumstances, no extensions to the discovery deadlines shall be granted.

Dated:     New York, New York
           March 20, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**